AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 3:25-mj-122 | Date and time warrant executed: March 4, 2025, at 1:20 pm | Copy of warrant and inventory left with: Inside of the parcel |
| Inventory made in the presence of : TFO Brad Kline | | |
| Inventory of the property taken and name of any person(s) seized: The contents of the parcel included a tent, and did not contain any contraband or controlled substances. The parcel will be returned to the recipient address located on the parcel label. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 4, 2025

CAMERON BASILE
Digitally signed by CAMERON BASILE
Date: 2025.03.04 13:45:53 -05'00'

*Executing officer's signature*

Cameron Basile, Special Agent, DEA
*Printed name and title*